## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## BENTON DIVISION

KYLE HUETSCH )
)
          Plaintiff, )
)
vs. )    No.    14-cv-01049-JPG-SCW
)
WAL-MART STORES, INC. )
)
)
          Defendant. )

## NOTICE OF REMOVAL

Defendant, Wal-Mart Stores, Inc., by and through its attorneys, DeFranco & Bradley, P.C., removes this case to the United States District Court for the Southern District of Illinois pursuant to 28 U.S.C. § 1446 upon the following grounds:

## VENUE

1.     There is now commenced and pending in the Circuit Court for the Second Judicial Circuit, Franklin County, Illinois, a certain civil action designated as No. 14-L-65 in which Kyle Huetsch is the plaintiff and Wal-Mart Stores, Inc. ("Wal-Mart") is the defendant.

2.     Defendant removes this case to the United States District Court for the Southern District of Illinois in the Benton Division pursuant to 28 U.S.C. § 1446(a) because the original action was filed in Franklin County, Illinois, which is within the Southern District of Illinois.

## DIVERSITY OF CITIZENSHIP

3.     The district courts for the United States have original jurisdiction over this litigation pursuant to 28 U.S.C. § 1332.

4.     Complete diversity of citizenship exists between plaintiff and defendant as required by 28 U.S.C. § 1332(a).

5.      Plaintiff Kyle Huetsch is now and was at the commencement of this action a citizen of the State of Illinois (Complaint, ¶ 1 attached hereto as Exhibit A).

6.      Defendant Wal-Mart is now and was at the commencement of this action a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Arkansas.  Wal-Mart is a citizen of the States of Delaware and Arkansas.

## AMOUNT IN CONTROVERSY

7.      Plaintiff alleges damages in excess of $50,000.00, and alleges that plaintiff sustained serious, permanent personal injury, has endured and will continue to endure pain, suffering, and a loss of normal life, and has incurred, and will continue to incur, medical expenses in an effort to be cured of his injuries, and has lost and will continue to lose, wages he would otherwise earn, that plaintiff allegedly suffered a broken wrist in the incident and claimed that he is unable to work as a result of his injuries and was unable to complete a house on which he was working, and that the amount in controversy, therefore, is in excess of $75,000.00.

## TIMELINESS

8.      Plaintiff filed the Complaint on August 25, 2014, and served defendant with the Complaint and Summons on September 2, 2014.

9.      This notice of removal was filed within thirty days after receipt by defendant of the initial pleading pursuant to 28 U.S.C. § 1446(b).

## NOTICE REQUIREMENTS

10.     Written notice of the filing of this removal was given to plaintiff pursuant to 28 U.S.C. § 1446(d).

11.     A copy of this notice of removal was filed with the Second Judicial Circuit, Franklin County, Illinois as required by 28 U.S.C. §1446(d).

12.     A copy of all process and pleadings were filed contemporaneously with this notice of removal in accordance with 28 U.S.C. §1446(a).

WHEREFORE, defendant, Wal-Mart Stores, Inc., removes this case to the United States District Court for the Southern District of Illinois and hereby requests that the filing of this notice of removal shall effect the removal of said civil action to this Court.

**DEFENDANT DEMANDS TRIAL BY JURY**.

DeFRANCO & BRADLEY, P.C.

By s/James E. DeFranco
      James E. DeFranco, #6181134
      Ginny L. Huot, #6313089
      141 Market Place, Suite 104
      Fairview Heights, IL 62208
      (618) 628-2000
      (618) 628-2007 Fax
      ATTORNEYS FOR DEFENDANT

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## BENTON DIVISION

KYLE HUETSCH             )
                                     )
           Plaintiff,     )
                                     )
vs.                          )     No.  14-cv-01049-JPG-SCW
                                     )
WAL-MART STORES, INC.   )
                                     )
                                     )
           Defendant.   )

### AFFIDAVIT

STATE OF ILLINOIS    )
                        ) SS
COUNTY OF ST. CLAIR  )

    James E. DeFranco, being duly sworn upon his oath, deposes and states that he is an attorney for defendants herein, that he has read the foregoing Notice for Removal and believes it to be true, and that he makes this affidavit as an agent authorized to execute same on behalf of defendants.

_____
JAMES E. DEFRANCO

SUBSCRIBED AND SWORN TO before me this 29 day of September, 2014.

_____
NOTARY PUBLIC

Official Seal
Connie S Slaton
Notary Public State of Illinois
My Commission Expires 07/15/2018

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## BENTON DIVISION

KYLE HUETSCH    )
         )
    Plaintiff,  )
         )
vs.        )  No. 14-cv-01049-JPG-SCW
         )
WAL-MART STORES, INC. )
         )
         )
    Defendant. )

### CERTIFICATE OF SERVICE

  James E. DeFranco, after being duly sworn upon his oath, deposes and states that he is an attorney, for defendants in the above-entitled cause; that on the _29_ day of _September_, 2014, he sent by United States mail, properly addressed, with the requisite amount of United States postage thereon, in a secure envelope, a Notice, a copy of which is attached hereto, to counsel for all parties of record in the above-captioned cause, and that attached to said Notice was a copy of the Notice for Removal.

  Affiant further says that on the _29_ day of _September_, 2014, a copy of the Notice for Removal filed herein was also sent, in a secure envelope, by United States mail, properly addressed, with the requisite amount of United States postage thereon, for filing to: Clerk of the Second Judicial Circuit Court/Franklin County Courthouse, Illinois.

                 _____
                    JAMES E. DEFRANCO

SUBSCRIBED AND SWORN TO before me this _29_ day of _September_, 2014.

                 _____
                   NOTARY PUBLIC

```
Official Seal
Connie S Slaton
Notary Public State of Illinois
My Commission Expires 07/15/2018
```