IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
FRANKLIN COUNTY, ILLINOIS

| | |
|---|---|
| KYLE HUETSCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.14-L-105 |
| | ) |
| WAL-MART STORES INC., | ) |
| | ) |
| Defendant. | ) |

**SUMMONS**

LEGAL
SEP 08 2014
CENTRAL INTAKE

To each defendant:   **Authorized Agent or Manager of Wal-Mart Stores, Inc., 919 Giacone Drive, Benton, Illinois 62812.**

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, in the court house building, Benton, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

Witness  Nancy Hobbs  8-25  20 14    TMJ

(Seal of Court)

_____
(Clerk of the Circuit Court)

By:_____
(Deputy)

(Plaintiff's Attorney)
Name:          Mark D. Prince
               Prince Law Firm
Attorney for:  Plaintiff
Address:       118 Airway Drive
City:          Marion, IL 62959
Phone:         (618) 997-2111
Fax:           (618) 997-2555

**SERVICE FEES**

Service and Return.................... $_____
Miles _____ @ _____              $_____

Total..................................... $_____

Sheriff of _____, County, _____

Person Serving Documents(s) _____

EXHIBIT A

Person Serving Documents(s) _____

I certify that I served this summons on defendants as follows:

### (a)-(Individual defendants-personal):

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____

_____

_____

### (b) (Individual defendants -- abode):

By leaving a copy of this summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons.

(The officer or other persons making service, shall (a) identify as to sex, race, and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with the defendant.)

_____

_____

_____

And also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

Name of Defendant

_____   Mailing Address
_____   Date of Mailing
_____

### (c) (Corporation Defendants):

By leaving a copy of this summons and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

Defendant Corporation

_____   Registered Agent, Officer or Agent
_____   Date of Service
_____

### d) (Other service):

_____
_____

_____
Signature of person effecting service

COPY

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
FRANKLIN COUNTY, ILLINOIS

KYLE HUETSCH, )
 )
    Plaintiff, )
 )
vs. ) No.14-L-105
 )
WAL-MART STORES INC., )
 )
    Defendant. )

FILED
AUG 2 5 2014
Nancy Hobbs
FRANKLIN COUNTY
CIRCUIT CLERK

## COMPLAINT

NOW COMES the Plaintiff, KYLE HUETSCH, by his attorney, Mark D. Prince, of Prince Law Firm, and for his Complaint against the Defendant, WAL-MART STORES INC., states as follows:

1. That at all times herein, the Plaintiff, KYLE HUETSCH, was a resident of Benton, Franklin County, Illinois.

2. That at all times mentioned herein, the Defendant, WAL-MART STORES INC., was a corporation that owned, maintained, and controlled the retail store known as Wal-Mart, located at 919 Giacone Drive, Benton, Franklin County, Illinois.

3. That the Defendant invited the public to the premises.

4. That on February 3, 2014, at approximately 11:30 a.m., the Plaintiff was a customer of Wal-Mart.

5. That the Plaintiff entered the store to purchase merchandise located inside the store.

6. That as the Plaintiff was walking in the area of the Wal-Mart store near the store's bakery he slipped and fell on a white plastic sign that was laying flat on the store's floor.

7. That the white plastic sign laying flat on the floor blended in with the tile floor, and it was neither visible nor apparent that there was a sign laying on the floor.

8. That the Defendant, knew, or should have known, of the presence of the white plastic sign laying flat on the floor where the Plaintiff was walking before the Plaintiff began to walk in that area of the store.

9. That there were no signs or barricades warning of the presence of the white plastic sign laying flat on the floor. Further, there were no warnings of the existence of the hazard.

10. That at said time and place, the Defendant, by and through its agents, servants, and employees, was negligent in one or more of the following manners:

    A. Failed to stop the white plastic sign laying flat on the floor from being present in the area of the store where the Plaintiff was walking;

    B. Failed to remove the white plastic sign laying flat on the floor;

    C. Failed to barricade the area of the store with the white plastic sign laying flat on the floor so as to prevent patrons, including the Plaintiff, from walking in the area;

    D. Failed to warn Plaintiff of the presence of the white plastic sign laying flat on the floor;

    E. Failed to remove such dangers to prevent injury;

    F. Failed to provide for a safe means ingress and egress; and

    G. Improperly maintained its premises.

11. That Defendant knew, or should have known, of the presence of the white plastic sign laying flat on the floor and knew or should have known that it created an unreasonable risk of harm.

12. That as a direct and proximate result of the Defendant's negligence, the Plaintiff slipped and fell; sustained serious, permanent personal injury; has endured, and will continue to endure, pain, suffering, and a loss of normal life; has incurred, and will continue to incur, medical expenses in an effort to be cured of said injuries; and has lost, and will continue to lose, wages he would otherwise earned.

WHEREFORE, the Plaintiff prays for judgment in his favor and against the Defendant in amount in excess of $50,000.00, plus cost of suit.

PRINCE LAW FIRM

By: *Mark D. Prince*
Mark D. Prince
Attorney for Plaintiff

PRINCE LAW FIRM
118 Airway Drive
Marion, IL  62959
Tel:   618-997-2111
Fax:   618-997-2555
mdprince@princelawfirm.net

## AFFIDAVIT

The undersigned, after being duly sworn on oath, deposes and states that the amount of damages being sought in this case exceeds $50,000.00.

By: *Mark D. Prince*
Mark D. Prince

Signed and sworn to before me on this 22nd day of August, 2014.

*Susan R. Kerrigan*
Notary Public

PRINCE LAW FIRM
118 Airway Drive
Marion, IL 62959
Tel:   618-997-2111
Fax:  618-997-2555
mdprince@princelawfirm.net

"OFFICIAL SEAL"
SUSAN R KERRIGAN
Notary Public, State of Illinois
My Commission Expires 2/7/2018

## FAX SHEET FOR NEW LAWSUITS

**Attention: Legal Department**

**Fax Number: 479-277-5991**

**Date and Time of Fax:** 9-2-14 at 11:25 am

**Number of Pages:** 6

**Date Served:** 9-2-14

(The date you received the document)

**Contact Name:** Kelly Wright

(Name of person who received the document)

**Store or Club Number:** C262

**Plaintiff's Name** Kyle Huetsch

(The name of the person suing Wal-Mart)

**Comments:**

If you have questions, please call the Legal Team Operator at 479-273-4505. You will be directed to the appropriate person.

This fax is intended for the sole use of the individual(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, duplication or distribution of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this fax is in error, immediately notify the Legal Department by calling 479-273-4505.