IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KYLE HUETSCH,

    Plaintiff,

vs.

WAL-MART STORES, INC.,

    Defendant.

Case No. 14-cv-1049-SMY-SCW

**ORDER DISMISSING CASE**

This matter comes before the Court on Defendant Wal-Mart Stores, Inc.'s Motion to Dismiss (Doc. 17). The Court directed Plaintiff to respond to Defendant's Motion on or before May 7, 2015 and provide a reason to the Court why his case should not be dismissed for want of prosecution. See Order to Show Cause at Doc. 18. The Court stated that "[f]ailure to respond by the deadline will result in dismissal of this action without prejudice."

Plaintiff failed to respond to Defendant's Motion to Dismiss and has otherwise not appeared before the Court as ordered. Accordingly, this action is **dismissed without prejudice** for want of prosecution.

**IT IS SO ORDERED.**

**DATE: May 28, 2015**
                                s/ Staci M. Yandle
                                **STACI M. YANDLE**
                                **DISTRICT JUDGE**